IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOSE CASTILLO MATA**

v.

**J.L. JAMISON,** *et al.*

**CIVIL ACTION**

**No. 26-2960**

## ORDER

**AND NOW**, this 5th day of May, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED**:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall **IMMEDIATELY RELEASE** Castillo Mata from custody and certify compliance with this Order by a filing on the docket on May 5, 2026, regarding Castillo Mata's custody status. Respondents shall return to Castillo Mata immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3. Respondents are **ENJOINED** for a period of seven days following Castillo Mata's release from custody pursuant to this order from detaining Castillo Mata based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[*]

---

[*] Castillo Mata is not subject to mandatory detention under 8 U.S.C. § 1225. If Castillo Mata is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4.  If the government seeks to detain Castillo Mata after the period of seven days, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Castillo Mata's remedy will recur.

5.  Castillo Mata may submit a motion and proposed order/judgment (or other procedural mechanism) regarding attorney fees within 30 days of this order.

6.  The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

s/ Catherine Henry

**CATHERINE HENRY, J.**